Argued and submitted September 30, conviction for burglary in first degree in
CA A71079 affirmed and remanded for resentencing; other judgments affirmed
November 4, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE EDGEMON, III,
aka Rusty "NMN" Edgemon,
*Appellant.*

(10-90-10811; CA A71076 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE EDGEMON, III,
aka Rusty Edgemon,
*Appellant.*

(10-91-00633; CA A71077)

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE EDGEMON, III,
*Appellant.*

(10-91-01389; CA A71078)

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT LEE EDGEMON, III,
*Appellant.*

(10-91-02928; CA A71079)
(Cases Consolidated)

840 P2d 111

Sally L. Avera, Public Defender, Salem, argued the cause
and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

In CA A71079, conviction for burglary in first degree affirmed and remanded for resentencing; other judgments affirmed. *State v. Bucholz*, 113 Or App 705, 834 P2d 456 (1992); *State v. Seals*, 113 Or App 700, 833 P2d 1344 (1992).